*MADE JS-6*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VEERAIAH KORITELA, et al., | Case No. CV 11-3568-GW(FMOx) |
| Plaintiffs, | |
| v. | **ORDER TO DISMISS WITH PREJUDICE AND ORDER RETAINING JURISDICTION** |
| SABYENT MARKETING, INC., | |
| Defendants. | |

Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is hereby dismissed with prejudice in its entirety. This Court will retain jurisdiction to enforce the settlement.

IT IS SO ORDERED.

Dated: July 10, 2012

BY THE COURT

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT COURT

[PROPOSED] ORDER TO DISMISS WITH PREJUDICE